UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ETUATE SEKONA, | 1:18-cv-01065-BAM (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |
| A. ZEPP, et al., | |
| Defendant. | |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 13, 2018**      /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

1