1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ETUATE SEKONA,                          Case No.: 1:18-cv-01065-BAM (PC)

12                 Plaintiff,                 ORDER GRANTING MOTION TO
                                             PROCEED *IN FORMA PAUPERIS*
13          v.

14   ZEPP, et al.,                            (ECF No. 5)

15                 Defendants.                ORDER DIRECTING PAYMENT OF
                                             INMATE FILING FEE BY CALIFORNIA
16                                           DEPARTMENT OF CORRECTIONS

17

18          Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

19   action pursuant to 42 U.S.C. § 1983.  This action was initiated on August 9, 2018.  On August 20,

20   2018, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915,

21   including a certified copy of Plaintiff's prisoner trust fund account statement.  (ECF No. 5.)

22          Plaintiff has made the showing required by § 1915(a) and accordingly, the request to

23   proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of

24   $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments

25   in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's

26   trust account.  The California Department of Corrections is required to send to the Clerk of the

27   Court payments from Plaintiff's trust account each time the amount in the account exceeds

28   $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

                                               1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is GRANTED;

**2.  The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **August 21, 2018**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE