UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZEPP, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-01065-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 9) |

    Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On August 21, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 6.) August 23, 2018, Plaintiff filed another motion to proceed *in forma pauperis*, which apparently crossed in the mail with the Court's order.

    Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, and no further applications are needed. Accordingly, Plaintiff's August 23, 2018 motion to proceed *in forma pauperis*, (ECF No. 9), is DENIED as moot.

IT IS SO ORDERED.

    Dated: **August 27, 2018**          /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE