# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, <br><br> Plaintiff, <br><br> v. <br><br> ZEPP, et al., <br><br> Defendants. | Case No. 1:18-cv-01065-LJO-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION REGARDING EXHAUSTED GRIEVANCES <br><br> (ECF No. 14) |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 9, 2018. (ECF No. 1.) Plaintiff's complaint has not yet been screened.

On September 10, 2018, Plaintiff filed the instant motion titled "Motion of Exhausted Grievances." (ECF No. 14.) It appears that Plaintiff is merely providing the Court with copies of the appeals he filed in connection with the incidents at issue in this case. Plaintiff does not request any form of relief.

As explained in the First Informational Order issued on August 10, 2018, the Court will not serve as a repository for the parties' evidence. (ECF No 2, p. 3.) Evidence, such as prison or medical records and inmate appeals, need not be submitted until it becomes necessary to do so in connection with a motion for summary judgment, trial, or the Court requests otherwise. (Id.) At this point, the submission of evidence is unnecessary, as Plaintiff is only required to state a prima

1

facie claim for relief.

Furthermore, the Court has not screened Plaintiff's complaint under 28 U.S.C. § 1915A(a). If, upon screening, Plaintiff has not stated any cognizable claims, but may be able to do so through amendment, the operative complaint will be dismissed with leave to amend. If Plaintiff feels compelled to submit exhibits with any such amended complaint, he is reminded that he must retain copies of any document submitted to the Court and such exhibits must be attached to the complaint and must be incorporated by reference. Fed. R. Civ. P. 10(c). However, as the Court must assume that Plaintiff's factual allegations are true for screening purposes, it is generally unnecessary to submit exhibits in support of the allegations of the complaint. Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion regarding his exhausted grievances, (ECF No. 14) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **September 12, 2018**     /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE