# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEPP,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01065-LJO-BAM (PC)<br><br>ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO FILE A WAIVER OF SERVICE OF PROCESS (E-SERVICE)<br><br>(ECF No. 30) |

Plaintiff Etuate Sekona is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendant Zepp for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 26.)

Currently before the Court is the California Attorney General's Office's request for an extension of time to permit Defendant Zepp to file his waiver of service of process, filed on January 2, 2020. (ECF No. 30.) The Attorney General's Office states that an extension of time is necessary because it is still in the process of analyzing whether it can represent Defendant Zepp in this matter and, if it determines that it cannot represent Defendant Zepp, the California Department of Corrections and Rehabilitation will need time to determine if outside counsel will be provided to Defendant Zepp.

Having considered the request by the California Attorney General's Office, the Court

1

finds that there is good cause to grant an extension of time for Defendant Zepp to file a waiver of service of process. Fed. R. Civ. P. 6(b). Accordingly, the motion for an extension of time for Defendant Zepp to file a waiver of service of process, (ECF No. 30), is HEREBY GRANTED. Defendant Zepp shall file a waiver of service of process on or before **January 16, 2020**.

IT IS SO ORDERED.

Dated: **January 3, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE