**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETUATE SEKONA, | ) Case No.: 1:18-cv-01065-NONE-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE ETUATE SEKONA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| ZEPP, | ) |
| Defendant. | ) |

Plaintiff Etuate Sekona is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 4, 2020. Inmate Etuate Sekona, CDCR #AM-9766, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 4, 2020**

UNITED STATES MAGISTRATE JUDGE